PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edwin Mena                                    Cr.: 99-00540-001

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Date of Original Sentence: 06/26/00

Original Offense: Distribution of Heroin

Original Sentence: 60 months imprisonment and 3 years supervised release

Type of Supervision: TSR                          Date Supervision Commenced: 01/27/04

Original Assistant U.S. Attorney: Elliot Turrini    Original Defense Attorney: Joshua P. Cohn (Assigned)

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody**' |
| | On November 29, 2005, the offender pled guilty to violating the terms and conditions of his supervised release. His supervision was revoked and he was sentenced to six months in custody followed by three years of supervised release. Mr. Mena was released from federal custody on March 3, 2006, to a Bergen County detainer based on a pending state charge. He was then released on March 7, 2006, after posting bail. The offender failed to report or establish any form of contact with the probation office within 72 hours or anytime thereafter. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | Attempts were made to locate Mr. Mena at his last address of record, 5712 Hudson Avenue in West New York, New Jersey, however he was not found at this residence. His present whereabouts are unknown. |

PROB 12C - Page 2
Edwin Mena

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 09/13/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/26/06
Date